UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONNIE SUE ADDAIR, | ) | CASE NO. 1:13CV1603 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On February 3, 2014, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 13) recommending that the Court DISMISS this matter for want of prosecution.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No one has raised any objections. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is hereby DISMISSED WITH PREJUDICE for failure to prosecute.

IT IS SO ORDERED.


Dated: February 25, 2014          */s/ John R. Adams*
                                  JOHN R. ADAMS
                                  UNITED STATES DISTRICT JUDGE